```
                              Philip Mejia
                              Reg. No.: 15095-014
                              P.O. Box 9000
                              FCI Ray Brook
                              Ray Brook, NY 12977
```

United States District Court
For The District of Connecticut
Attention: Clerk of the Court
Federal Building and United States
Courthouse
450 Main Street
Hartford, CT 06103          January 11, 2006

Re: <u>United States v. Mejia</u>
    Case No.: 3:03-CR-101 (DJS)

Dear Sir or Madam:

   Kindly note my request for transcripts and other docket items including, but not limited to, copies of motions and written orders pertaining to the above entitled matter.

   Enclosed is an Affidavit of Indigency to cover for the payment obligation, if any. This request is made pursuant to 28 U.S.C. § 753(F) and <u>United States v. Horvath</u>, 157 F.3d. 131 (2nd Cir. 1998).

   Thank-you for your attention.

                              Very Truly Yours,

                              *Philip Mejia*
                              Philip Mejia

cc:
encl.:

|  |  |
|---|---|
| Plaintiff | **APPLICATION TO PROCEED WITHOUT FULL PREPAYMENT OF FEES; AFFIDAVIT AND AUTHORIZATION FORM** |
| v. | |
| Defendant(s) | CASE NUMBER: |

I, __Philip Mejia_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.
In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☒ Yes    ☐ No    (If "No" go to Part 2)

If "Yes" state the place of your incarceration: _____

Are you employed at the institution?    ☒ Yes    ☐ No

Do you receive any payment from same?    ☐ Yes:    ☐ No

**Notice to Inmates:**    The Certificate portion of this affidavit must be completed.

2. Are you currently employed?:    ☒ Yes    ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☒ Yes    ☐ No
   f. Any other sources    ☐ Yes    ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

FORM F.1

# INMATE AUTHORIZATION

I, _Philip Mejia_ _____, authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Northern District of New York ("Clerk"), at his request, a certified copy of the statements, for the past six months, of my trust fund account (or institutional equivalent) at the institution where I am currently incarcerated.

If I have not been incarcerated at my current place of confinement for at least six (6) months, I authorize such agency to provide said Clerk, at his request, with copies of such account statements from the institution(s) in which I had previously been incarcerated.

I further request and authorize the agency holding me in custody to calculate, encumber and/or disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with the commencement of the civil action submitted herewith (or noted below), and I understand that the total filing fee which I am obligated to pay is $150.00. I also understand that this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

→ Signature: _Philip Mejia_ _____

★ NOTE: You must sign your name on the above line. ★

**FOR OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE**

Name and DIN Number: _____
Civil action number: _____
Short name of case: _____

4. Do you have any cash, checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other assets?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value (attach additional sheets as necessary):

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   None

I declare under penalty of perjury that the above information is true and correct.

__1/11/06__                           __Philip Mejia__
DATE                                    SIGNATURE OF APPLICANT

## CERTIFICATE
(incarcerated applicants only)
(To be completed by appropriate official at the institution of incarceration)

I certify that the applicant named herein has the sum of $ __$43.10__ on account to his/her credit at (name of institution) __FCI RAY BROOK__ . I further certify that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's average balance was $ __$50.63__ . SEE ATTACHED STATEMENT 4 PAGES.

__1-20-06__                          __Daniel C. Maloney__
DATE                                   SIGNATURE OF AUTHORIZED OFFICER

Notice to Inmates:

Pursuant to the Federal Court Improvement Act of 1996, Pub.L. No. 104-317, 110 Stat. 3847, as of December 18, 1996, the filing fee for most civil actions was increased from $120.00 to $150.00. *See id.* at § 401 (amending 28 U.S.C. § 1914(a)). Also, pursuant to the Prison Litigation Reform Act, Pub.L. No. 104-134, 110 Stat. 1321, inmates are required to pay, over a period of time, the full filing fee.

FORM F.2

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 15095014 | Current Institution: | Ray Brook FCI |
| Inmate Name: | MEJIA, PHILIP | Housing Unit: | MOH CADRE |
| Report Date: | 01/20/2006 | Living Quarters: | S02-202U |
| Report Time: | 9:13:09 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2283 |
| FRP Participation Status: | Completed |
| Arrived From: | LEW |
| Transferred To: | |
| Account Creation Date: | 12/17/2003 |
| Local Account Activation Date: | 12/18/2003 5:35:33 AM |
| Sort Codes: | |
| Last Account Update: | 1/17/2006 5:09:58 PM |
| Account Status: | Active |
| ITS Balance: | $2.13 |

## FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $43.10 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $43.10 |
| National 6 Months Deposits: | $874.72 |
| National 6 Months Withdrawals: | $833.51 |
| National 6 Months Avg Daily Balance: | $50.63 |
| Local Max. Balance - Prev. 30 Days: | $116.35 |
| Average Balance - Prev. 30 Days: | $30.66 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $364.95
Last Sales Date: 1/10/2006 11:08:19 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

## Deposits

| Inmate Reg #: | 15095014 | Current Institution: | Ray Brook FCI |
|---|---|---|---|
| Inmate Name: | MEJIA, PHILIP | Housing Unit: | MOH CADRE |
| Report Date: | 01/20/2006 | Living Quarters: | S02-202U |
| Report Time: | 9:13:30 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# |
|---|---|---|---|---|---|
| 1/9/2006 8:06:44 AM | RBK2003 | Payroll - IPP | $25.64 | FIPP1205 | |
| 1/6/2006 2:13:06 PM | AMSERVICE | Western Union | $100.00 | 33307106 | |
| 12/5/2005 7:35:23 AM | RBK2004 | Payroll - IPP | $24.80 | FIPP1105 | |
| 12/1/2005 2:19:01 PM | AMSERVICE | Western Union | $100.00 | 33304506 | |
| 11/7/2005 4:16:10 PM | AMSERVICE | Western Union | $80.00 | 33302706 | |
| 11/7/2005 7:44:30 AM | RBK2004 | Payroll - IPP | $37.20 | FIPP1005 | |
| 10/11/2005 7:40:42 AM | RBK2003 | Payroll - IPP | $27.48 | 5JV00066 | |
| 9/28/2005 10:13:37 AM | AMSERVICE | Western Union | $100.00 | 33325705 | |
| 9/6/2005 9:15:24 AM | RBK2004 | Payroll - IPP | $15.32 | 5JV00062 | |
| 8/29/2005 3:13:29 PM | AMSERVICE | Western Union | $100.00 | 33323505 | |
| 8/27/2005 10:08:51 AM | AMSERVICE | Western Union | $100.00 | 33323405 | |
| 8/2/2005 8:17:16 AM | RBK2004 | Payroll - IPP | $14.28 | 5JV00054 | |
| 7/28/2005 1:11:09 PM | AMSERVICE | Western Union | $150.00 | 33321305 | |
| 7/5/2005 7:16:43 AM | RBK2004 | Payroll - IPP | $5.25 | 5JV00049 | |
| 6/20/2005 2:17:33 PM | AMSERVICE | Western Union | $100.00 | 33318505 | |
| 6/14/2005 5:16:40 PM | AMSERVICE | Western Union | $165.00 | 33318105 | |
| 6/6/2005 8:20:31 AM | RBK2004 | Payroll - IPP | $37.80 | 5JV00044 | |
| 5/28/2005 1:14:02 PM | AMSERVICE | Western Union | $100.00 | 33316905 | |
| 5/7/2005 5:57:32 AM | AMSERVICE | Lockbox - CD | $25.00 | 70132201 | |
| 5/2/2005 8:19:45 AM | RBK2004 | Payroll - IPP | $28.98 | 5JV00038 | |
| 4/27/2005 5:09:04 PM | AMSERVICE | Western Union | $100.00 | 33314705 | |

## All Transactions

| | |
|---|---|
| Inmate Reg #: | 15095014 |
| Inmate Name: | MEJIA, PHILIP |
| Report Date: | 01/20/2006 |
| Report Time: | 9:13:42 AM |
| Current Institution: | Ray Brook FCI |
| Housing Unit: | MOH CADRE |
| Living Quarters: | S02-202U |



| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 1/17/2006 5:09:58 PM | AMService | ITS Withdrawal | ($2.00) | ITS0117 | | $43.10 |
| 1/15/2006 12:30:45 PM | AMService | ITS Withdrawal | ($3.00) | ITS0115 | | $45.10 |
| 1/15/2006 12:14:27 PM | AMService | ITS Withdrawal | ($3.00) | ITS0115 | | $48.10 |
| 1/10/2006 11:08:19 AM | RBK3001 | Sales | ($63.25) | 58 | | $51.10 |
| 1/9/2006 12:02:13 PM | RBK8424 | Inmate Co-pay | ($2.00) | FICP0106 | | $114.35 |
| 1/9/2006 8:06:44 AM | RBK2003 | Payroll - IPP | $25.64 | FIPP1205 | | $116.35 |
| 1/8/2006 4:19:07 PM | AMService | ITS Withdrawal | ($2.00) | ITS0108 | | $90.71 |
| 1/7/2006 4:52:14 PM | AMService | ITS Withdrawal | ($2.00) | ITS0107 | | $92.71 |
| 1/7/2006 4:34:17 PM | AMService | ITS Withdrawal | ($2.00) | ITS0107 | | $94.71 |
| 1/6/2006 9:46:58 PM | AMService | ITS Withdrawal | ($2.00) | ITS0106 | | $96.71 |
| 1/6/2006 8:38:04 PM | AMService | ITS Withdrawal | ($2.00) | ITS0106 | | $98.71 |
| 1/6/2006 2:13:06 PM | AMSERVICE | Western Union | $100.00 | 33307106 | | $100.71 |
| 12/27/2005 7:44:57 PM | AMService | ITS Withdrawal | ($1.00) | ITS1227 | | $0.71 |
| 12/24/2005 10:03:43 PM | AMService | ITS Withdrawal | ($2.00) | ITS1224 | | $1.71 |
| 12/21/2005 9:23:07 PM | AMService | ITS Withdrawal | ($2.00) | ITS1221 | | $3.71 |
| 12/19/2005 5:51:48 PM | RBK3003 | Sales | ($15.45) | 73 | | $5.71 |
| 12/14/2005 5:04:37 PM | RBK3003 | Sales | ($30.90) | 60 | | $21.16 |
| 12/12/2005 9:19:40 PM | AMService | ITS Withdrawal | ($2.00) | ITS1212 | | $52.06 |
| 12/10/2005 12:18:54 PM | AMService | ITS Withdrawal | ($2.00) | ITS1210 | | $54.06 |
| 12/8/2005 9:28:12 PM | AMService | ITS Withdrawal | ($2.00) | ITS1208 | | $56.06 |
| 12/7/2005 4:40:38 PM | RBK3002 | Sales | ($31.60) | 48 | | $58.06 |
| 12/5/2005 7:35:23 AM | RBK2004 | Payroll - IPP | $24.80 | FIPP1105 | | $89.66 |
| 12/2/2005 10:42:52 PM | AMService | ITS Withdrawal | ($2.00) | ITS1202 | | $64.86 |
| 12/1/2005 5:02:04 PM | RBK3001 | Sales | ($39.45) | 50 | | $66.86 |
| 12/1/2005 2:19:01 PM | AMSERVICE | Western Union | $100.00 | 33304506 | | $106.31 |
| 12/1/2005 11:12:27 AM | RBK3001 | Sales | $0.00 | 12 | | $6.31 |
| 11/30/2005 8:59:14 PM | AMService | ITS Withdrawal | ($2.00) | ITS1130 | | $6.31 |
| 11/29/2005 4:35:06 PM | AMService | ITS Withdrawal | ($2.00) | ITS1129 | | $8.31 |
| 11/27/2005 9:39:42 PM | AMService | ITS Withdrawal | ($2.00) | ITS1127 | | $10.31 |
| 11/27/2005 8:44:51 PM | AMService | ITS Withdrawal | ($2.00) | ITS1127 | | $12.31 |
| 11/25/2005 5:07:14 PM | AMService | ITS Withdrawal | ($2.00) | ITS1125 | | $14.31 |
| 11/24/2005 11:12:39 PM | AMService | ITS Withdrawal | ($2.00) | ITS1124 | | $16.31 |
| 11/23/2005 11:26:52 PM | AMService | ITS Withdrawal | ($2.00) | ITS1123 | | $18.31 |
| 11/22/2005 12:02:49 PM | RBK0003 | Sales | ($23.30) | 68 | | $20.31 |
| 11/20/2005 3:19:12 PM | AMService | ITS Withdrawal | ($2.00) | ITS1120 | | $43.61 |
| 11/15/2005 11:27:13 AM | RBK3001 | Sales | ($71.10) | 24 | | $45.61 |
| 11/12/2005 3:04:05 PM | AMService | ITS Withdrawal | ($3.00) | ITS1112 | | $116.71 |
| 11/10/2005 10:39:57 PM | AMService | ITS Withdrawal | ($3.00) | ITS1110 | | $119.71 |
| 11/8/2005 5:00:06 PM | RBK3001 | Sales | ($11.50) | 65 | | $122.71 |
| 11/7/2005 10:38:46 PM | AMService | ITS Withdrawal | ($2.00) | ITS1107 | | $134.21 |
| 11/7/2005 4:16:10 PM | AMSERVICE | Western Union | $80.00 | 33302706 | | $136.21 |
| 11/7/2005 7:44:30 AM | RBK2004 | Payroll - IPP | $37.20 | FIPP1005 | | $56.21 |
| 11/1/2005 9:08:57 PM | AMService | ITS Withdrawal | ($2.00) | ITS1101 | | $19.01 |
| 10/29/2005 3:22:02 PM | AMService | ITS Withdrawal | ($3.00) | ITS1029 | | $21.01 |
| 10/28/2005 5:06:52 PM | AMService | ITS Withdrawal | ($2.00) | ITS1028 | | $24.01 |
| 10/26/2005 4:48:38 PM | AMService | ITS Withdrawal | ($2.00) | ITS1026 | | $26.01 |
| 10/24/2005 10:50:18 PM | AMService | ITS Withdrawal | ($2.00) | ITS1024 | | $28.01 |
| 10/22/2005 11:09:48 PM | AMService | ITS Withdrawal | ($2.00) | ITS1022 | | $30.01 |
| 10/15/2005 11:12:08 PM | AMService | ITS Withdrawal | ($2.00) | ITS1015 | | $32.01 |
| 10/14/2005 10:59:50 PM | AMService | ITS Withdrawal | ($2.00) | ITS1014 | | $34.01 |

1 2 3 4