UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA** :
:
**v.** : 3:03CR101(DJS)
:
**PHILLIP MEJIA** :

ORDER

The Clerk of the Court shall docket the attached letter. In this letter, defendant makes certain requests. Defendant's request for transcripts and a copy of the motions and written orders from his proceedings are **DENIED**. Defendant has not demonstrated that he needs the transcript of his sentencing hearing for another legal proceeding, such as an appeal of his conviction or sentence. See U.S. v. Horvath, 157 F.3d 131, 132 (2d Cir. 1998) ("Based on the plain language and necessary operation of the statute, we conclude that a motion for a free transcript pursuant to § 753(f) is not ripe until a § 2255 motion has been filed."). Defendant's request to proceed in forma pauperis is **DENIED without prejudice** because there is no proposed or pending legal proceeding at this time.

**SO ORDERED** at Hartford, Connecticut, this 31st day of January, 2006.

/s/DJS
_____
**DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE**