5/11/08

Dear CLERK OF COURT;

In regards to the recent ruling on the retroativity of the crack amendments, I want the Court to appoint me counsel to represent me in filing motions for a re-sentence and a reduction in my crack offense level. THank You!

—Philip Mejia    5/11/08