AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:03cr00101 |
| Philip Mejia ) | USM No: |
| ) | M. Hatcher Norris |
| Date of Previous Judgment: 12/08/2003 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  [✓] DENIED.   [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   33                    Amended Offense Level:   31
Criminal History Category:   I                  Criminal History Category:   I
Previous Guideline Range:   135 to 168 months   Amended Guideline Range:   108 to 135 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[✓] Other (explain):
   With regard to the Sentencing Guidelines range originally applicable to the defendant, the low end of which was 135 months, the court had departed downward during sentencing. Nevertheless, the offense to which the defendant pled guilty carried a statutory mandatory minimum sentence of 120 months. See 21 U.S.C. § 841(b)(1)(A). The court did, in fact, sentence the defendant to the mandatory minimum term of imprisonment of 120 months.

**III. ADDITIONAL COMMENTS**
   Because the defendant's term of imprisonment was not based on the Guidelines range, but rather on the statutory mandatory minimum, he is not eligible for a reduction in his sentence under the amended Guidelines. See U.S.S.G. § 1B1.10, Commentary, Application Notes 1(A). Nonetheless, the court encourages the defendant to continue his positive activities during his imprisonment so that he may rejoin, and become a productive member of, society.

~~Except as provided above,~~ All provisions of the judgment dated   12/08/2003   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   06/17/2008                    /s/ Dominic J. Squatrito, USDJ
                                            _____
                                            Judge's signature

Effective Date:   _____           Dominic J. Squatrito, Senior U.S. District Judge
   (if different from order date)                      Printed name and title